# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. 2:04-cr-84-FtM-33SPC

**RAYMOND ESPARZA**

_____

## ORDER APPOINTING COUNSEL

The Court has examined the defendant, RAYMOND ESPARZA under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and **Thomas E. DeMine, III, Esq.**, is hereby appointed to represent the defendant. The defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE** and **ORDERED** in Ft. Myers, Florida on this 10th day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record